NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

FRANK G. KITKO, JR., *Petitioner*.

No. 1 CA-CR 24-0072 PRPC
FILED 03-20-2025

Petition for Review from the Superior Court in Maricopa County
No.   CR2015-002647-001
The Honorable Mark H. Brain, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Grand Canyon Law Group LLC, Mesa
By Angela Poliquin
*Counsel for Petitioner*

Maricopa County Attorney's Office, Phoenix
By Johnny Jacquez
*Counsel for Respondent*

---

## MEMORANDUM DECISION

Presiding Judge Kent E. Cattani, Judge Samuel A. Thumma, and Judge Angela K. Paton delivered the following decision.

---

**PER CURIAM:**

**¶1**        Petitioner Frank G. Kitko, Jr. seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's second petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). A petitioner must show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record, the superior court's order denying the petition for post-conviction relief, and the petition for review. Petitioner has not established an abuse of discretion.

**¶4**        We grant review but deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:                JR